# 24-2549

UNITED STATES COURTS OF APPEALS
FOR THE SECOND CIRCUIT

---

EMANUEL STRONG,

Plaintiff-Appellant,

v.

THE CITY OF NEW YORK,

Defendant- Appellee.

---

On Appeal from the United States District Court
For the Southern District of New York

---

Appendix of Appellant Emanuel Strong

Emanuel Strong, Pro Se
74 Cedar Swamp Road Apt. 1
Glen Cove, New York 11542
(516) 263-8443

Page

## TABLE OF CONTENTS

District Court Docket Sheet ……………………………………………… 3 - 8

Order being Appealed ……………………………………………………. 9 - 11

Notice of Appeal ……………………………………………………. 12

Certificate of Service ……………………………………………………. 13

STAYED,APPEAL,CASREF,ECF,PRO-SE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24-cv-02315-JPC-GS

Strong v. The City of New York et al
Assigned to: Judge John P. Cronan
Referred to: Magistrate Judge Gary Stein
Cause: 42:12111 Americans with Disabilities Act - Employment

Date Filed: 03/27/2024
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**Emanuel Strong**     represented by **Emanuel Strong**
74 Cedar Swamp Road
#1
Glen Cove, NY 11542
(516) 263-8443
Email: e-strong@bluetiehome.com
*PRO SE*

V.

**Defendant**

**The City of New York**

**Defendant**

**New York City Department of Correction**
*TERMINATED: 06/12/2024*

represented by **Andrea Martin**
NYC Law Department
NYC Law Department
100 Church Street
RM 2-103
10007
New York, NY 10016
212-356-3549
Email: andmarti@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Lundi**
*Assistant Commissioner of the Department of Correction, in her official and individual capacity*

**Defendant**

**Antoinette Cort**
*Assistant Commissioner of the Department of Correction, in her official and individual capacity*

**Defendant**

**Elyn Rivera**
*Deputy Warden of George R. Vierno Center, in her official and individual capacity*

**Defendant**

**George Gustuve**
*Assistant Deputy Warden of George R. Vierno Center, in his official and individual capacity*

**Defendant**

**Naheim Stokes**
*Assistant Deputy Warden of George R. Vierno Center, in his official and individual capacity*

**Defendant**

**Dymita Harper**
*Captain of George R. Vierno Center, in her official and individual capacity*

**Defendant**

**Lynelle Maginley-Liddie**

**Defendant**

**Solange Grey**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | 1 | COMPLAINT against Antoinette Cort, George Gustuve, Dymita Harper, Elizabeth Lundi, New York City Department of Correction, Elyn Rivera, Naheim Stokes, The City of New York. Document filed by Emanuel Strong. (sac) (Entered: 03/27/2024) |
| 03/27/2024 | 2 | STANDING ORDER M10-468: To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask |

| | | |
|---|---|---|
| | | the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the court's website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the courts electronic docket. A notice directing the partys attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. SO ORDERED. (Signed by Chief Judge Laura Taylor Swain on 3/18/2024) (sac) (Entered: 03/27/2024) |
| 03/27/2024 | 3 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION: Plaintiff is directed to render payment of the filing fee or submit an IFP application to this Court's *Pro Se* Office within thirty (30) days of the date of this Order. The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Filing Fee due by 4/26/2024. In Forma Pauperis (IFP) Application due by 4/26/2024. (Signed by Judge Laura Taylor Swain on 3/27/2024) (sac) (Entered: 03/27/2024) |
| 04/25/2024 | 5 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Valerie Figueredo. SO ORDERED. (Signed by Judge John P. Cronan on 4/25/2024) (jca) (Entered: 04/25/2024) |
| 04/25/2024 | 6 | ORDER OF SERVICE: The Clerk of Court is directed to issue summonses as to Defendants: (1) the City of New York; (2) Elizabeth Lundi, Assistant Commissioner, New York City Department of Correction (DOC); (3) Antoinette Cort, Assistant Commissioner, DOC; (4) Elyn Rivera, Deputy Warden, George R. Vierno Center (GRVC); (5) George Gustave, Assistant Deputy Warden, GRVC; (6) Naheim Stokes, Deputy Warden, GRVC; and (7) Dymita Harper, Captain, GRVC. (Signed by Judge John P. Cronan on 4/22/2024) Modified on 4/26/2024 (mhe). (Entered: 04/25/2024) |
| 04/30/2024 | 7 | SUMMONS ISSUED as to The City of New York, Elizabeth Lundi, Antoinette Cort, Elyn Rivera, George Gustuve, Naheim Stokes, Dymita Harper. (sha) (Entered: 04/30/2024) |
| 04/30/2024 | 8 | INFORMATION PACKAGE MAILED to Emanuel Strong at 99 Randall Avenue Apt. 4P Freeport, NY 11520, on 4/30/2024 Re: 6 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall |

| | | |
|---|---|---|
| | | Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases), one or more summonses (only if you have paid the fee in person or if the judge has ordered that a summons be issued to you) - 7 Summons(es) mailed. (sha) (Entered: 04/30/2024) |
| 05/22/2024 | 9 | LETTER addressed to Court Clerk Administrators from Emanuel Strong dated 5/15/2024 re: The permanent address of myself, Emanuel Strong, has change from: 99 Randall Avenue, Apt. 4P, Freeport, New York 11520 To: 74 Cedar Swamp Road, #1 Glen Cove, New York 11542 Your making the changes on file, is greatly appreciated. Document filed by Emanuel Strong.(tg) (Entered: 05/28/2024) |
| 05/22/2024 | 10 | LETTER addressed to Court Clerk Administrators from Emanuel Strong dated 5/15/2024 re: I wish that the defendant, the New York City Department of Correction (NYCDOC), be properly included in this case. In the original filing, NYCDOC was named and listed as a defendant after the City of New York. This error is very important. Service of the Petition, upon the other parties, has not been established, as this repair is crucial to the survival of my case. Your assistance in this matter is greatly appreciated. For any concerns, I can be reached at (516) 263-8443, or by email at e-strong@bluetiehome.com. Document filed by Emanuel Strong.(tg) Modified on 5/28/2024 (tg). (Entered: 05/28/2024) |
| 06/10/2024 | 11 | LETTER addressed to Magistrate Judge Gary Stein from Emanuel Strong dated 6/5/2024 re: I humbly request that this Court grant an Order: (a) granting that the New York City Department of Correction be included as a defendant to the complaint and caption, (b) granting an endorsed summons to the New York City Department of Correction, and (c) granting such other and further relief as the Court deems just and proper. Document filed by Emanuel Strong.(vfr) (Entered: 06/11/2024) |
| 06/10/2024 | 12 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Emanuel Strong consents to receive electronic service via the ECF system. Document filed by Emanuel Strong. (vfr) (Entered: 06/11/2024) |
| 06/10/2024 | 13 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Emmanuel Strong consents to receive electronic service via the ECF system. Document filed by Emanuel Strong..(rro) Modified on 6/12/2024 (rro). (Entered: 06/12/2024) |
| 06/12/2024 | 14 | MEMO ENDORSEMENT on re: 11 Letter, filed by Emanuel Strong. ENDORSEMENTAn agency of the City of New York cannot be sued. See Taylor v. NYC DOC, No. 22 Civ. 10214 (JLR) (RWL), 2023 WL 2308249, at *1 (S.D.N.Y. Mar. 1, 2023) (citing N.Y. City Charter ch. 17, § 396). Accordingly, the Court dismisses all claims against the New York City Department of Correction. See 28 U.S.C. § 1915(e)(2)(B)(ii). The instant request is thus denied, and the Clerk of Court is respectfully directed to terminate the New York City Department of Correction as a defendant in this case. SO ORDERED. New York City Department of Correction terminated. (Signed by Judge John P. Cronan on 6/12/2024) (jca) (Entered: 06/12/2024) |
| 07/16/2024 | 15 | LETTER addressed to Pro Se Unit from Emanuel Strong dated 6/15/2024 re: I wish to add LYNELLE MAGINLEY-LIDDIE and SOLANGE GREY, of the New York City Department of Correction (NYCDOC), as party Defendants to this action.. Document |

| | | |
|---|---|---|
| | | filed by Emanuel Strong..(jca) (Entered: 07/19/2024) |
| 07/16/2024 | 16 | MOTION to Add Party Defendants Lynelle Maginley-Liddie and Solange Grey. Document filed by Emanuel Strong..(rdz) (Entered: 07/22/2024) |
| 07/26/2024 | 17 | ***STRICKEN DOCUMENT. Document number 17 has been stricken from the case record. The document was stricken from this case pursuant to 21 Order . AMENDED COMPLAINT amending 1 Complaint against Antoinette Cort, George Gustuve, Dymita Harper, Elizabeth Lundi, Elyn Rivera, Naheim Stokes, The City of New York, Lynelle Maginley-Liddie, Solange Grey with JURY DEMAND.Document filed by Emanuel Strong. Related document: 1 Complaint..(kgo) Modified on 8/22/2024 (tg). (Entered: 07/30/2024) |
| 07/28/2024 | 18 | AFFIDAVIT OF SERVICE. The City of New York served on 7/25/2024, answer due 8/15/2024. Service was accepted by The Officer of Corporation Counsel. Document filed by Emanuel Strong..(rdz) (Entered: 08/01/2024) |
| 08/16/2024 | 19 | PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT. Document filed by Emanuel Strong.(tg) (Entered: 08/19/2024) |
| 08/19/2024 | 20 | LETTER MOTION for Extension of Time addressed to Judge John P. Cronan from Andrea Martin dated 8/19/2024. Document filed by New York City Department of Correction..(Martin, Andrea) (Entered: 08/19/2024) |
| 08/20/2024 | 22 | AFFIDAVIT OF SERVICE of Entering a default affirmation & letter to clerk of court served on Elizabeth Lundi, Dymita Harper, Elyn Rivera, Antionette Cort on 8/20/2024. Service was made by Mail. Document filed by Emanuel Strong..(tro) (Entered: 08/26/2024) |
| 08/20/2024 | 23 | LETTER addressed to Clerk of Court from Emanuel Strong dated 8/19/2024 re: request for your office to enter a default against defendants pursuant to Federal Rules of Civil Procedure (FRCP) § 55(a). Document filed by Emanuel Strong.(sgz) (Entered: 08/27/2024) |
| 08/22/2024 | 21 | ORDER denying as moot 20 Letter Motion for Extension of Time; denying as moot 16 Motion to Add ; with respect to 19 Motion to Amend/Correct. Accordingly, based on the state of affairs described above: 1. Plaintiff's July 16 motion to add Maginley-Liddie and Grey as defendants (Dkt. No. 16) is DENIED as moot; 2. The Clerk is respectfully directed to STRIKE Plaintiff's amended complaint at Docket No. 17; 3. Defendants' August 19 letter-motion for an extension of time to answer or otherwise respond to Plaintiff's amended complaint (Dkt. No. 20) is DENIED as moot; and 4. Defendants are directed to inform the Court as to whether they consent to Plaintiff filing the amended complaint attached to his August 16, 2024 motion (Dkt. No. 19) by no later than August 29, 2024. If Defendants do not consent, they may propose a deadline to submit a brief in opposition to Plaintiff's motion. SO ORDERED. (Signed by Magistrate Judge Gary Stein on 8/22/2024) (tg) (Entered: 08/22/2024) |
| 08/24/2024 | 25 | LETTER addressed to Judge John P. Cronan from Emanuel Strong dated 08/24/24 re: Requesting reconsideration of the Order pursuant to FRCP 60. Document filed by Emanuel Strong.(jjc) (Entered: 08/29/2024) |
| 08/28/2024 | 24 | FIRST LETTER MOTION for Extension of Time to File Response/Reply *and Consent to Plaintiff's Filing of Amended Complaint* addressed to Judge John P. Cronan dated 8/28/2024. Document filed by New York City Department of Correction..(Martin, |

| | | |
|---|---|---|
| | | Andrea) (Entered: 08/28/2024) |
| 08/29/2024 | 26 | ORDER granting 24 Letter Motion for Extension of Time to File Response/Reply. Application granted. Defendants shall answer or otherwise respond to Plaintiff's amended complaint by no later than October 11, 2024. SO ORDERED. (Signed by Magistrate Judge Gary Stein on 8/29/2024) (tg) (Entered: 08/29/2024) |
| 09/03/2024 | 27 | MOTION for Preliminary Injunction. Document filed by Emanuel Strong.(jca) (Entered: 09/03/2024) |
| 09/23/2024 | 28 | NOTICE OF INTERLOCUTORY APPEAL from 21 Order. Document filed by Emanuel Strong. Filing fee $ 605.00, receipt number 33081. Form D-P is due within 14 days to the Court of Appeals, Second Circuit..(nd) (Entered: 09/23/2024) |
| 09/26/2024 | 29 | TRUE COPY ORDER of USCA as to 28 Notice of Interlocutory Appeal filed by Emanuel Strong USCA Case Number 24-2549. USCA Case Number 24-2549. Appellant has filed a notice of appeal from a magistrate judge order dated August 22, 2024. The order appears to be non-appealable. See 28 U.S.C. §1291, 1291; 28 U.S.C. § 36(b)(1), (c)(1). Appellant is advised that the order may be appropriate for the district judge to review upon Appellant's filing of objections. See 28 U.S.C. § 636 (b)(1). IT IS HEREBY ORDERED that Appellant file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due October 10, 2024. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 9/26/2024..(km) (Entered: 09/26/2024) |
| 10/01/2024 | 30 | LETTER MOTION to Stay addressed to Judge John P. Cronan. Document filed by New York City Department of Correction..(Martin, Andrea) (Entered: 10/01/2024) |
| 10/09/2024 | 31 | ORDER granting 30 Letter Motion to Stay. Application granted. This action is STAYED pending resolution of Plaintiff's appeal. SO ORDERED. (Signed by Magistrate Judge Gary Stein on 10/9/2024) (ks) (Entered: 10/09/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/23/2024 10:14:24 | | | |
| PACER Login: | COES17498 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:24-cv-02315-JPC-GS Starting with document: 1 Ending with document: 33 |
| Billable Pages: | 6 | Cost: | 0.60 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EMANUEL STRONG,                              :          24 Civ. 2315 (JPC) (GS)
                                             :
                 Plaintiff,           :          ORDER
                                             :
       - against -                         :
                                             :
THE CITY OF NEW YORK, et al.,                :
                                             :
                 Defendants.          :
                                             :
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff, proceeding *pro se*, initiated this action on March 27, 2024 by filing his Complaint. (Dkt. No. 1). Plaintiff alleges, *inter alia*, that while he was employed as a correction officer by the New York City Department of Correction ("DOC") he was assaulted by inmates in December 2020 and April 2023 and suffered various injuries. (*Id.* ¶¶ 1–2, 20–50). Plaintiff alleges that he was denied timely workers' compensation and reasonable accommodations at work for his injuries and, overall, was subject to "maltreatment, discriminatory and retaliatory actions." (*Id.* ¶ 1, 23–37). Plaintiff asserts causes of action under the Americans with Disabilities Act and the New York State Civil Service Law, in addition to several common law claims. (*Id.* ¶¶ 53–67).

      In his Complaint Plaintiff named the City of New York and six individuals at the DOC as Defendants. (*Id.* at 1). On July 16, 2024, before Defendants had answered or responded to his Complaint, Plaintiff submitted a motion to add two individual defendants, Lynelle Maginley-Liddie and Solange Grey, the current DOC Commissioner and Deputy Commissioner of Trials, respectively. (Dkt. No. 16). Thereafter, without any intervening submissions from Defendants

1

or direction from the Court, Plaintiff filed an "amended complaint" on July 26, 2024. (Dkt. No. 17). In addition to adding Maginley-Liddie and Grey as defendants, the purported amended complaint adds 15 new causes of action and is over double the length of Plaintiff's initial Complaint. (*See generally id.*).

On August 16, 2024, again without any intervening submissions from Defendants or direction from the Court, Plaintiff submitted a motion for leave to amend his complaint for a second time and attached a proposed complaint. (Dkt. No. 19). In this submission, Plaintiff again requests to add Maginley-Liddie and Grey as defendants, but also requests to add a third defendant, Louis A. Molina, a former DOC Commissioner. (*Id.* at 3). Plaintiff, in addition, seeks to change the capacity in which he sues the individual Defendants, correct misstatements of fact, and bolster his factual allegations overall. (*Id.* at 3–4).

On August 19, 2024, counsel for Defendants filed a letter motion for an extension of time to respond to Plaintiff's (purported) first amended complaint. (Dkt. No. 20). The letter does not mention Plaintiff's August 16 motion to file a second amended complaint.[1] While it appears Defendants may have implicitly consented to Plaintiff filing the first amended complaint, it is evident that Plaintiff now seeks to file the proposed complaint attached to his August 16 motion as the operative complaint.

Accordingly, based on the state of affairs described above:

1. Plaintiff's July 16 motion to add Maginley-Liddie and Grey as defendants (Dkt. No. 16) is **DENIED** as moot;

2. The Clerk is respectfully directed to **STRIKE** Plaintiff's amended complaint at Docket No. 17;

---

[1] Plaintiff's August 16 motion appears to not have been entered on the docket until August 19, 2024, which may explain the omission in Defendants' letter.

2

3. Defendants' August 19 letter-motion for an extension of time to answer or otherwise respond to Plaintiff's amended complaint (Dkt. No. 20) is **DENIED** as moot; and

4. Defendants are directed to inform the Court as to whether they consent to Plaintiff filing the amended complaint attached to his August 16, 2024 motion (Dkt. No. 19) by no later than **August 29, 2024**. If Defendants do not consent, they may propose a deadline to submit a brief in opposition to Plaintiff's motion.

    **SO ORDERED.**

DATED:    New York, New York
               August 22, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**EMANUEL STRONG**
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

**THE CITY OF NEW YORK, et al.**

(List the full name(s) of the defendant(s)/respondent(s).)

24 CV 2315 ( JPC )( GS )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: **EMANUEL STRONG**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: **August 22, 2024**
(date that judgment or order was entered on docket)

that: 1. STRIKE Plaintiff's complaint (Docket No. 17); 2. DENIED adding Maginley-Liddie and Grey as Defendants; 3. Directed Defendants to submit an oppositon, instead of an answer.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**September 20, 2024**
Dated

Signature

**Strong, Emanuel**
Name (Last, First, MI)

**74 Cedar Swamp Road,** | **Glen Cove** | **New York** | **11542**
Address | City | State | Zip Code

**(516) 263-8443** | **e-strong@bluetiehome.com**
Telephone Number | E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

Receipt # 33081  $605  9/23/24 SE

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| EMANUEL STRONG | CERTIFICATE OF SERVICE |
| Plaintiff-Appellant | Docket Number # 24-2549 |
| v. | |
| THE CITY OF NEW YORK, et al., | |
| Defendant-Appellees | |

I, Emanuel Strong, hereby certify under penalty of perjury that on December 23, 2024, I served a copy of the Brief of Appellant Emanuel Strong & Appendix of Appellant Emanuel Strong by E-mail and United States Mail, on:

The City of New York via ejerome@law.nyc.gov

The City of New York via 100 Church Street New York, New York 10007

Date: December 23, 2024          /s/  Emanuel Strong_____
                                                    Signature