

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | EVA L. JEROME<br>*Assistant Corporation Counsel*<br>telephone: 212-356-2484<br>ejerome@law.nyc.gov |
|---|---|---|

January 6, 2025

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Strong v. City of NY et al.*
    Docket No. 24-2549

Dear Ms. Wolfe:

On behalf of appellees City of New York and New York City Department of Correction, we request a briefing deadline of March 24, 2025, which is 91 days from the filing date of appellant's brief. *See* Local Rule 31.2(a)(1)(B).

Thank you for your attention to this matter.

                                                Respectfully submitted,

                                                MURIEL GOODE-TRUFANT
                                                *Corporation Counsel*
                                                *of the City of New York*
                                                Attorney for Defendants-Appellees
                                                City of New York

By:    /s/ Eva Jerome
          Eva L. Jerome
          Assistant Corporation Counsel

2

**cc:** **(via U.S. mail):**

    Emanual Strong
    #1
    Cedar Swamp Rd.
    Glen Cove, NY 11542
    *Plaintiff-Appellant pro se*