S.D.N.Y.–N.Y.C.
24-cv-2315
Cronan, J.
Stein, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-five.

Present:
> Amalya L. Kearse,
> Denny Chin,
> Steven J. Menashi,
>     *Circuit Judges*.

Emanuel Strong,

      *Plaintiff-Appellant*,

      v.                                         24-2549

New York City Department of Correction,
The City of New York,

      *Defendants-Appellees*,

Elizabeth Lundi, Assistant Commissioner of the Department of Correction,
in her official and individual capacity, et al.,

      *Defendants*.

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court

